David M. Rose  
Minnick-Hayner  
P.O. Box 1757  
Walla Walla, WA 99362  
(509) 527-3500

Magistrate Judge J. Kelley Arnold

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CYNDI WALTERS,<br><br>    Plaintiff,<br><br>vs.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, JOSEPH D. LEHMAN; ELDON VAIL; ANNE L. FIALA; LYNNE DELANO; MARJORIE LITTRELL; JAMES G. BLODGETT, SR.; MARY SUTLIFF; and AMY F. COOK,<br><br>    Defendants. | No. C06-1448JKA<br><br>STIPULATION AND ORDER TO TRANSFER CASE TO SEATTLE DIVISION |

The parties to the above-captioned action, case no. CV06-1448C, through their respective counsel of record, Minnick-Hayner and Christie Law Group, hereby stipulate to the transfer of this case to the Seattle Division of the United States District Court, Western District of Washington, where the matter was originally filed by plaintiff Cyndi Walters. The parties agree that under the totality of circumstances, including the convenience of witnesses, venue selection by plaintiff, and agreement of counsel, that this action should be transferred to the Seattle Division.

STIPULATION AND ORDER TO TRANSFER CASE
TO SEATTLE DIVISION - Page 1

**Minnick • Hayner**
P.O. Box 1757
Walla Walla, WA 99362
(509) 527-3500

1   IT IS SO STIPULATED.

2   DATED this 2nd day of January, 2007.

3                                      MINNICK-HAYNER

4                                      By:    /S/  David M. Rose
                                       David M. Rose, WSBA #32849
5                                      Of Attorneys for Plaintiff
                                       P.O. Box 1757
6                                      Walla Walla, WA 99362
                                       Telephone:  509-527-3500
7                                      Fax:  509-527-3506
                                       Email:  dmresq2000@hotmail.com
8

9   DATED this 2nd day of January, 2007.

10                                     CHRISTIE LAW GROUP

11                                     By:    /S/  Robert L. Christie
                                       Robert L. Christie, WSBA #10895
12                                     Attorney for State of Washington Defendants
                                       2100 Westlake Avenue N., Suite 206
13                                     Seattle, WA 98109
                                       Telephone:  206-957-9669
14                                     Fax:  206-352-7875
                                       Email:  bob@christielawgroup.com
15

16  ORDER TRANSFERRING CASE TO SEATTLE DIVISION

17      Based upon the Stipulation of the parties and good cause appearing therefor,

18      IT IS HEREBY ORDERED that the case CV06-1448C, Cyndi Walters v.

19  Washington State Department of Corrections, et al., is transferred back to the Seattle

20  Division, United States District Court, Western District of Washington.

21      DATED this 3rd day of January, 2007.

22

23                                     /s/ J. Kelley Arnold
                                       U.S. MAGISTRATE JUDGE
24

25  STIPULATION AND ORDER TO TRANSFER CASE                    **Minnick • Hayner**
    TO SEATTLE DIVISION - Page 2                              P.O. Box 1757
                                                              Walla Walla, WA 99362
                                                              (509) 527-3500